# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | American Express Company d/b/a/ Amex Epayment | 12/9/2022 | Wire | $ 29,512.41 |
| Akorn Operating Company, LLC | American Express Company d/b/a/ Amex Epayment | 1/9/2023 | Wire | $ 34,541.08 |
| Akorn Operating Company, LLC | American Express Company d/b/a/ Amex Epayment | 2/8/2023 | Wire | $ 38,024.06 |
| | | | | $ 102,077.55 |